IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN GLEN CRADDOCK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-20-809-C |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Shon T. Erwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Erwin entered a Report and Recommendation ("R&R") on November 23, 2020, and on December 11, 2020, Petitioner filed a "Motion to Quash," which will be treated as an objection to the R&R, and although it is untimely, the Court will review the matter de novo.

In his objection, Petitioner cites a series of cases and a state statute with no attempt to connect the law to the facts of his case or otherwise controvert the conclusion recommended by Judge Erwin. The Court finds that conclusion to be supported by the facts and the law.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, dismisses this petition for habeas corpus relief for lack of jurisdiction. A judgment will enter accordingly.

IT IS SO ORDERED this 22nd day of December, 2020.

ROBIN J. CAUTHRON
United States District Judge